IN THE UNITED STATES DISTRICT COURT
FOR THE SOUT6HERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BEVERLY D. GARRETT**                                                                                              **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO:  3:14-cv-00865 (HTW) (LRA)**

**ARMSTRONG WORLD INDUSTRIES**                                                        **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT

**THIS CAUSE HAVING COME BEFORE THE COURT** on the Defendant's Unopposed Motion to Extend Deadline to File Reply in Support of Summary Judgment, and the Court being fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendant, Armstrong World Industries, shall have until October 29, 2015 to file its Reply in Support of Summary Judgment.

THIS, the 30th day of October, 2015.

                                                                    s/  HENRY T. WINGATE
                                                                    UNITED STATES DISTRICT JUDGE